UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JONAS  YBARRA, JR.,                     §
                                        §
        Plaintiff,                      §
VS.                                     §       CIVIL ACTION NO. 1:17-CV-174
                                        §
TEXAS HEALTH AND HUMAN                  §
SERVICES COMMISSION, *et al.*,          §
                                        §
        Defendants.                     §

## ORDER

On June 12, 2018, the United States Magistrate Judge filed a Report and Recommendation (Doc. 46).  Plaintiff has timely objected to the Report and Recommendation (Doc. 47).

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Plaintiff's Objections, the Court **ADOPTS** the Report and Recommendation.  Therefore, Defendants' Motions to Dismiss (Docs. 25, 27, and 42) are **GRANTED**.  Accordingly, it is

**ORDERED** that Plaintiff Jonas Ybarra, Jr.'s claims against any and all defendants for (1) unlawful retaliation; (2) discrimination based on sex; (3) 42 U.S.C. § 1985 conspiracy to interfere with Plaintiff's civil rights; (4) violations of 5 U.S.C. § 2302(b); (5) *Bivens* civil rights violations; and (6) 42 U.S.C. § 1983 civil rights violations are **DISMISSED** with prejudice for failure to state a claim upon which relief can be granted. It is further

**ORDERED** that Plaintiff's claim of conversion against Defendants Gonzalez,

Wong, and De Luna are **DISMISSED** without prejudice for lack of subject matter jurisdiction.

SIGNED this 16th day of August, 2018.

Fernando Rodriguez, Jr.
United States District Judge